■ NANCY RACCASI et al., Respondents, v FREDERICK KAYE, Appellant. — In a dental malpractice action, defendant appeals from an order of the Supreme Court, Westchester County, dated July 3, 1980, which denied his motion to dismiss the action for want of prosecution. Order reversed, on the law, without costs or disbursements, motion granted, and complaint dismissed, without prejudice to an application at Special Term, upon proper papers, to vacate the order of dismissal, if the plaintiffs be so advised. Plaintiffs' time to move is extended until 30 days after service upon them of a copy of the order to be made hereon, with notice of entry. Misunderstandings between counsel concerning extensions of the time to file a note of issue and the intention of completing pretrial discovery prior thereto, may have served as a justifiable excuse for filing said note of issue approximately one month after the expiration of the statutory 90-day period. Nevertheless, plaintiffs' failure to present Special Term with a sufficient affidavit of merits in opposition to the motion to dismiss the complaint was fatal. Absent such an affidavit, the motion should have been granted. (See *Keating v Smith,* 20 AD2d 141.) Hopkins, J.P., Mangano, Rabin and Weinstein, JJ., concur.

■ DANIEL H. ROBERTS et al., Appellants, v AETNA CASUALTY AND SURETY COMPANY et al., Respondents, et al., Defendant. — Appeal from order of the Supreme Court, Nassau County, entered April 2, 1980 as amended by an order of the same court entered July 9, 1980, dismissed, without costs or disbursements. No appeal lies from an order entered upon default. Order of the same court entered May 13, 1980, affirmed, without costs or disbursements. No opinion. Appeal from order entered November 24, 1980, dismissed, without costs or disbursements. No appeal lies from an order denying reargument. Hopkins, J.P., Mangano, Rabin and Weinstein, JJ., concur.

■ MURRAY ROSEN, Appellant, v BOARD OF ASSESSORS OF THE COUNTY OF NASSAU et al., Respondents. — Order of the Supreme Court, Nassau County, dated March 16, 1979, affirmed, without costs or disbursements (see *Matter of Axinn Co. [United Catalog Publishers] v Board of Assessors of County of Nassau,* 81 AD2d 667). Lazer, J.P., Mangano, Cohalan and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MERRILL ROLAND, Appellant. — Judgment of the County Court, Rockland County, rendered December 3, 1979, affirmed. No opinion. This case is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P.J., Hopkins, Weinstein and Thompson, JJ., concur.